

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:    In re Certain Underwriters at Lloyds London, Gulf Coast Claims Service, and John Andres

Appellate case number:    01-14-00297-CV

Trial court case number:    2011-02175

Trial court:                133rd District Court of Harris County

On April 9, 2014, relators, Certain Underwriters at Lloyds London, Gulf Coast Claims Service, and John Andres, filed a petition for a writ of mandamus, requesting "an emergency stay of the trial court proceedings." Relators' request for an emergency stay is **denied**.

It is so ORDERED.

Judge's signature: /s/ <u>Jim Sharp</u>
                      ☒ Acting individually    ☐ Acting for the Court

Date:  April 10, 2014